```
 1  SCOTT N. CAMERON
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    LATROY CUNNINGHAM
 5

 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  CASE NO.  2:12-cr-00169-MCE
                                 )
12              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
13       v.                      )
                                 )
14  LATROY CUNNINGHAM, et al.,   )
                                 )  DATE: February 21, 2013
15              Defendants.      )  TIME: 9:00 a.m.
                                 )  COURT: Hon. Morrison C. England
16
```

### Stipulation

The government and defendant LATROY CUNNINGHAM, through undersigned counsel, stipulate that the status conference, scheduled for February 21, 2013, may be continued to April 11, 2013, at 9:00 a.m. Attorney Scott Cameron substituted in as attorney of record for Mr. Cunningham on November 16, 2012.  This case involves thousands of recorded wiretap calls and voluminous discovery.  As such, the additional time requested in this stipulation is necessary so the defense counsel can continue review of the discovery and conduct investigation.

Further, both parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the

1

public and the defendant in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The prosecutor has authorized the defense counsel for Latroy Cunningham to sign this stipulation on his behalf.

DATED: February 19, 2013    BENJAMIN WAGNER
                            United States Attorney

                        by  /s/ Scott N. Cameron, for
                            Jason Hitt
                            Assistant U.S. Attorney

DATED: February 19, 2013
                        by  /s/ Scott N. Cameron
                            Scott N. Cameron
                            Counsel for Latroy Cunningham

**ORDER**

Good cause appearing, the status conference, scheduled for February 21, 2013, is continued to April 11, 2013, at 9:00 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: February 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE