1  SCOTT N. CAMERON (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Ph. 916-769-8842

4

5  Attorney for:
   LATROY CUNNINGHAM

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  12-CR-000169 MCE |
   |---|---|
12 |             Plaintiff, | **STIPULATION REGARDING TEMPORARY STAY OF ORDER** |
13 | v. | **OF COMMITMENT FOR PSYCHIATRIC EXAM; ORDER** |
14 | LATROY CUNNINGHAM, | |
15 |             Defendant, | |

16

17                        **STIPULATION**

18    Plaintiff, United States of America, by and through its counsel of record, and defendant

19 LATROY CUNNINGHAM, by and through his counsel of record, hereby stipulate as follows:

20    1.    By previous order, this matter was set for a hearing on June 26, 2014 to determine

21

22 defendant CUNNINGHAM's competency to stand trial.  In addition, upon motion by defense

23 counsel, this Court ordered defendant CUNNINGHAM committed to the custody of the Attorney

24 General for a psychiatric or psychological examination pursuant to 18 U.S.C. § 4241(b).

25    2.    On April 11, 2014, defendant CUNNINGHAM was notified of his father's sudden

26 passing which had occurred on April 10, 2014.

27    3.    By stipulation, defense counsel now moves this Court to stay its order for the

28

commitment of defendant for a psychological or psychiatric examination until April 28, 2014. Defense counsel requests the additional time so the he can determine if there is some fashion in which defendant can experience his father's memorial service.  In addition, defendant is very bereaved and it would not be appropriate to cause him to endure the stress of being transported for the examination just days after the passing of his father.

    4.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 10, 2014, to June 26, 2014, inclusive, **has already been deemed excludable** pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Codes E and T4] because it results from a continuance granted by the Court at defendant's request on the basis of a pending motion and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED:    April 13, 2014    /s/ Jason Hitt
JASON HITT
Assistant United States Attorney

DATED:    April 13, 2014    /s/ Scott Cameron
SCOTT N. CAMERON
Counsel for LATROY CUNNINGHAM

## ORDER

    IT IS SO FOUND AND ORDERED.

Dated:  April 15, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT