SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
LATROY CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LATROY CUNNINGHAM,<br><br>        Defendant, | CASE NO.  12-CR-000169 MCE<br><br>**STIPULATION VACATING TRIAL CONFIRMATION HEARING AND JURY TRIAL DATE; ORDER** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and defendant LATROY CUNNINGHAM, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, the defendants in this matter were divided into two groups for the purpose of conducting separate jury trials. (ECF Minute Order 198.) The first group set for jury trial set dates of May 1, 2014, for the trial confirmation hearing, and June 2, 1014, for the jury trial. (ECF Minute Order 198.) Defendant CUNNINGHAM was not placed in this first trial group; rather, defendant CUNNINGHAM is in the second trial group whose jury trial is to commence on a date yet to be established. (ECF Minute Order 198.) However, no separate status date was set for the defendants in the second trial group and therefore their next court is May 1, 2014 – the same date as

1

the trial confirmation hearing for the first trial group.

2. By previous order, this matter was set for a hearing on June 26, 2014, to determine defendant CUNNINGHAM's competency to stand trial. (ECF Minute Order 229.) In addition, this Court ordered defendant CUNNINGHAM committed to the custody of the Attorney General for a psychiatric or psychological examination pursuant to 18 U.S.C. § 4241(b); however that order has been stayed until April 28, 2014. (ECF Minute Order 231.)

3. Due to defendant CUNNINGHAM'S pending commitment for a psychiatric or psychological examination, the parties stipulate that defendant CUNNINGHAM'S pending status conference of May 1, 2014, as part of trial group two, may be vacated.

4. The parties acknowledge that ECF Minute Order 209 indicates that the trial confirmation date (May 1, 2014) and jury trial date (June 2, 2014) of trial group one were confirmed for defendant CUNNINGHAM. It was neither parties intent to place defendant CUNNINGHAM in group one, but rather to acknowledge that those were the two court dates pending in this matter. To the extent that those court dates are pending for defendant CUNNINGHAM, the undersigned parties stipulate that they may be vacated.

5. At defendant CUNNINGHAM'S pending hearing on June 26, 2014, the parties will address defendant CUNNINGHAM'S next court date to be set thereafter.

/ / /

/ / /

/ / /

/ / /          (THIS SPACE IS INTENTIONALLY LEFT BLANK)

/ / /

/ / /

/ / /

6.	For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 10, 2014, to June 26, 2014, inclusive, **has already been deemed excludable** pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Codes E and T4] because it results from a continuance granted by the Court at defendant's request on the basis of a pending motion and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  This exclusion of time was previously ordered by this Court at the hearing of April 10, 2014.

IT IS SO STIPULATED.

DATED:	April 17, 2014	/s/ Jason Hitt
	JASON HITT
	Assistant United States Attorney

DATED:	April 17, 2014	/s/ Scott Cameron
	SCOTT N. CAMERON
	Counsel for LATROY CUNNINGHAM

### ORDER

IT IS SO FOUND AND ORDERED.

Dated: April 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT