SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
LATROY CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00169-MCE-7 |
|---|---|
| Plaintiff, | **ORDER FOR COMPETENCY EXAMINATION PURSUANT TO 18 U.S.C. § 4241(b)** |
| v. | |
| LATROY CUNNINGHAM, et. al., | |
| Defendants, | |

    After hearing on this matter, based on the arguments presented and the declaration of defense counsel, the Court finds that there is reasonable cause to believe that the LATROY CUNNINGHAM may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense.

    Therefore, LATROY CUNNINGHAM is hereby committed to the custody of the Attorney General of the United States for placement in a suitable facility for the purpose of a psychiatric or psychological examination pursuant to 18 U.S.C § 4241(b).

//
//
//
//

1

1  In accordance with 18 U.S.C. § 4247(b), the commitment of LATROY
2 CUNNINGHAM is to be for a reasonable period, not to exceed thirty days, unless the
3 director of the facility applies for a reasonable extension not to exceed fifteen days upon
4 showing of good cause that additional time is necessary to observe and evaluate LATROY
5 CUNNINGHAM.
6  IT IS SO ORDERED.
7 **Dated:  April 29, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT