SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
LATROY CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>LATROY CUNNINGHAM,<br><br>                    Defendant, | CASE NO.  12-CR-000169 MCE<br><br>**STIPULATION EXTENDING COMMITMENT PURSUANT TO 18 USC §4241(b), CONTINUING COMPETENCY HEARING, AND EXCLUDING TIME; ORDER** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant LATROY CUNNINGHAM, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing on June 26, 2014, to determine defendant CUNNINGHAM'S competency to stand trial.  (ECF Minute Order 229.)  In addition, this Court ordered defendant CUNNINGHAM committed to the custody of the Attorney General for a psychiatric or psychological examination pursuant to 18 U.S.C. § 4241(b).  (ECF Minute Order 242.)

2. Defendant was received at the Metropolitan Detention Center (MDC) on May 15, 2014, for the psychiatric or psychological examination.

1

3. By letter dated May 19, 2014, L. R. Thomas, Warden of MDC, requested that this Court deem May 15, 2014, as the date of the commencement of the 30 day commitment pursuant to 18 U.S.C. § 4241(b). Furthermore, the Warden requests that this Court grant a 15 day extension to the commitment to allow for completion of the evaluation as allowed by 18 U.S.C. § 4247(b).

4. The parties have no objection to this Court deeming May 15, 2014, as the date of the commencement of the commitment and have no objection to the Warden's request for a 15 day extension.

5. The above-referenced letter from the Warden further advises that the evaluation is expected to be completed on June 29, 2014, and that a report of the evaluation will be received by the Court by July 20, 2014.

6. Because of the extended commitment and time necessary for the psychiatric evaluator to prepare the report, the parties stipulate that the competency hearing currently scheduled for June 26, 2014, may be continued to August 14, 2014.

7. The parties further stipulate that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 26, 2014, to August 14, 2014, inclusive, should be deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Codes E and T4] because the exclusion of time results from a continuance granted by the Court at defendant's request on the basis of a pending motion and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED:   June 20, 2014        /s/ Jason Hitt
                              JASON HITT
                              Assistant United States Attorney

///
///

DATED:	June 20, 2014	/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for LATROY CUNNINGHAM

**ORDER**

It is hereby ORDERED that defendant CUNNINGHAM'S commitment for a psychiatric examination shall be deemed to have commenced at his reception at the Metropolitan Detention Center (MDC) on May 15, 2014, and for good cause shown, defendant CUNNINGHAM'S 30 day commitment for the psychiatric examination shall be extended 15 days as requested by the Warden of MDC and permitted by 18 U.S.C. § 4247(b).

It is further ORDERED that the competency hearing for defendant CUNNINGHAM shall be continued from June 26, 2014, to August 14, 2014, at 9:00 a.m.  Pursuant to the parties' above stipulation, a report of the evaluation shall be received by the Court by July 20, 2014.

It is further ORDERED that the time period of June 26, 2014, to August 14, 2014, inclusive, shall be deemed excluded from the time period within which the trial must commence, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Codes E and T4], because the exclusion of time results from a continuance granted by the Court at defendant's request on the basis of a pending motion and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED.

Dated:  June 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT