SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
LATROY CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>LATROY CUNNINGHAM,<br><br>               Defendant, | CASE NO.  12-CR-000169 MCE<br><br>**STIPULATION CONTINUING COMPETENCY HEARING, AND EXCLUDING TIME; ORDER** |

**STIPULATION**

      Plaintiff, United States of America, by and through its counsel of record, and defendant LATROY CUNNINGHAM, by and through his counsel of record, hereby stipulate as follows:

      1.     By previous order, this matter was set for a hearing on August 14, 2014, to determine defendant CUNNINGHAM'S competency to stand trial.

      2.     Defendant was received at the Los Angeles Metropolitan Detention Center for a psychiatric or psychological examination.  Due to logistical constraints, defendant has not yet been transported back to the Eastern District of California in order to appear on August 14, 2014, for the competency hearing.

      3.     The parties jointly request that the competency hearing be continued to August 21,

1

2014, at 9:00 A.M. so that defendant can be transported back to the Eastern District and be present at the competency hearing.

4. The parties further stipulate that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 14, 2014, to August 21, 2014, inclusive, should be deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Codes E and T4] because the exclusion of time results from a continuance granted by the Court at defendant's request on the basis of a pending motion and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED:   August 13, 2014        /s/ Jason Hitt
                                JASON HITT
                                Assistant United States Attorney

DATED:   August 13, 2014        /s/ Scott Cameron
                                SCOTT N. CAMERON
                                Counsel for LATROY CUNNINGHAM

**ORDER**

IT IS SO ORDERED.

Dated: August 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2