SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
LATROY CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 12-CR-00169 MCE |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| LATROY CUNNINGHAM, | |
| Defendant, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant LATROY CUNNINGHAM, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 23, 2014, at 9:00 a.m. On the Court's own motion, the October 23, 2014, hearing date was vacated and continued to October 24, 2014.

2. By this stipulation, defendant now moves to continue the status conference to October 30, 2014, at 9:00 a.m., and to exclude time between October 24, 2014, and October 30, 2014, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

  a. Counsel for defendant Cunningham is unavailable on October 24, 2014, because he is scheduled to appear in an unrelated murder case in state court for a conditional examination of a witness whose health suggests she may not be available for trial (People v. Johnson, 14F04469).

  b. The parties have been involved in settlement negotiations and the parties desire additional time to conclude those negotiations.

  c. Counsel for defendant believes that failure to grant the above-requested continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 24, 2014, to October 30, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**(THIS SPACE INTENTIONALLY LEFT BLANK)**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   October 10, 2014

/s/ Jason Hitt
Jason Hitt
Assistant United States Attorney

DATED:   October 10, 2014

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for LATROY CUNNINGHAM

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT