SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
LATROY CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 12-CR-00169 MCE |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DISCOVERY MOTION; ORDER** |
| v. | |
| LATROY CUNNINGHAM, | |
| Defendant, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant LATROY CUNNINGHAM, by and through his counsel of record, hereby stipulate as follows:

1. Defendant filed a discovery motion (ECF Doc. No. 386) to be heard on January 29, 2015, at 2:00 p.m., before the Honorable Kendall J. Newman, United States Magistrate Judge.

2. By this stipulation, defendant and the Government now move to continue the discovery motion to February 2, 2015, at 2:00 p.m., before the Honorable Kendall J. Newman, United States Magistrate Judge.

3. The parties have conferred regarding the discovery and believe that some of the discovery issues can be worked out informally. Thus, the parties request the additional time in an

1

effort to narrow the issues for the Court.

    4.    Time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., has already been excluded through March 2, 2015.  (See ECF Minute Order 358.)

IT IS SO STIPULATED.

DATED:	January 28, 2015

    /s/ Jason Hitt
    Jason Hitt
    Assistant United States Attorney

DATED:	January 28, 2015

    /s/ Scott Cameron
    SCOTT N. CAMERON
    Counsel for LATROY CUNNINGHAM

**O R D E R**

    IT IS SO ORDERED.

Dated:  January 28, 2015

    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE