SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
LATROY CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 12-CR-000169 MCE |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY PROTECTIVE ORDER AS TO DEFENDANT LATROY CUNNINGHAM, WITHDRAW MOTION TO MODIFY, AND VACATE HEARING DATE; ORDER** |
| v. | |
| LATROY CUNNINGHAM, | |
| Defendant, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant LATROY CUNNINGHAM, by and through his counsel of record, hereby stipulate as follows:

1.   This Court ordered a protective order as to the applications, orders, and periodic reports related to the interceptions of wire communications to and from specific cell phones.  The application for the order and the order were both filed under seal on April 26, 2012, under case number 2:10-SW-0110 MCE.  The application for the order states that the sought after protection included that defense counsel "shall not provide copies of these [protected] items to the defendants."

2.   Defendant Cunningham is set for trial on March 2, 2015.  Defendant Cunningham has

1

been allowed to view relevant pages of the protected materials as it pertains to his defense. Moreover, defense counsel has orally summarized the protected material for defendant and defendant has been provided a copy of the lengthy affidavit supporting the complaint which also provides an approximate 50 page summary of relevant activity which is contained in the protected materials. However, there are approximately 1,000 pages of protected materials, and as the defense is preparing detailed cross examination, it has become necessary for defendant to be able to read the protected material in his cell to review numerous pages of the protected materials in the privacy of his cell to peruse and consider without time pressure.

3. Therefore the parties agree that, as to defendant Cunningham, the protective order identified above may be modified to allow defense counsel to provide copies of the protected material as long as defendant agrees to not further disseminate the protected materials, signs a copy of the below order acknowledging he has received a copy of the order, and agrees to abide by the terms of the order.

4. The parties further stipulate that defendant Cunningham's motion for the modification of the protective order (ECF No. 387) may be deemed withdrawn at defense counsel's request and that the hearing set for January 29, 2015, for that motion may be vacated.

5. Time has already been excluded under the speedy trial act until March 2, 2015, pursuant to Local Code T4. (See ECF Minute Order 358)

IT IS SO STIPULATED.

DATED:   January 27, 2015     /s/ Jason Hitt
                              JASON HITT
                              Assistant United States Attorney

DATED:   January 27, 2015     /s/ Scott Cameron
                              SCOTT N. CAMERON
                              Counsel for LATROY CUNNINGHAM

**O R D E R**

Pursuant to the parties' stipulation, the protective order dated April 26, 2012, and filed under seal in case no. 2:10-SW-0100 MCE, pertaining to applications, orders, and periodic reports related to the interceptions of wire communications to and from specific cell phones, is modified to allow defense counsel for defendant Cunningham to provide defendant Cunningham with copies of the protected materials, as long as defendant agrees to not further disseminate the protected materials, signs a copy of this order acknowledging he has received a copy of the order, and agrees to abide by the terms of the order.

IT IS SO ORDERED.

Dated: January 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT