SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
LATROY CUNNINGHAM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>LATROY CUNNINGHAM,<br><br>                  Defendant, | CASE NO.  12-CR-00169 MCE<br><br>**ORDER FOR DISCOVERY** |

**ORDER**

      Defendant Cunningham's motion for discovery (ECF Doc. No. 386) was heard by this Court on February 2, 2015.  Upon consideration of the motion and the Government's written response to the motion (ECF Doc. No. 402), and upon argument at the hearing and agreements of the parties reached at the hearing, the Court orders the following:

      1.     Based on the agreement of the parties, the Government shall allow defendant Cunningham's counsel to review statements subject to the Jencks act two weeks prior to the first day of trial.

      2.     The Court makes no specific order as to the disclosure of exculpatory evidence, based on the representation of the Government that no exculpatory evidence exists, other than what may

1

have already been discovered to defendant Cunningham's counsel.

3. The Court makes no specific order to the parties regarding the timing of the disclosure of transcripts of intercepted calls. The Court does encourage each party to produce transcripts as early as practical to avoid delays during the trial.

4. Based on the agreement of the parties, the Government shall discover to defendant Cunningham's counsel, one week before the first day of trial, the hand written notes of government agents which relate to statements of witnesses in the Government's case in chief.

5. For the reasons stated on the record, defendant Cunningham's motion for grand jury transcripts is denied without prejudice.

6. Based on the agreement of the parties, the Government shall allow defendant Cunningham's counsel to review, one week before the first day of trial, any impeachment or exculpatory materials contained in the personnel files of government agents.

7. Based on the agreement of the parties, the Government shall allow defendant Cunningham's counsel to review, one week before the first day of trial, any evidence of bad acts or prior criminal records of witnesses the Government intends on calling in their case in chief.

8. Based on the representation of defendant Cunningham's counsel that he is not in possession of any materials subject to reciprocal discovery, no specific order is issued to defense counsel. However, defense counsel is ordered to comply with Federal Rules of Criminal Procedure, Rules 16 and 26.2, should defense counsel obtain discoverable evidence.

/ / /

/ / /

/ / /

/ / /

/ / /

Both of the below-signed counsel acknowledge that they have reviewed the contents of this order and agree that it accurately reflects the orders of this Court made at the hearing.

DATED: February 5, 2015   /s/ Jason Hitt
Jason Hitt
Assistant United States Attorney

DATED: February 5, 2015   /s/ Scott Cameron
SCOTT N. CAMERON
Counsel for LATROY CUNNINGHAM

**O R D E R**

IT IS SO ORDERED this _6th day of February, 2015.

Dated: February 6, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3